# COURTROOM MINUTES
# CIVIL

DATE:_____   DAY:_____   START TIME:_____   END TIME:_____

JUDGE/MAG.:_____   CLERK:_____   REPORTER:_____

CASE NUMBER:_____   CASE NAME: _____

**APPEARANCES:**

PLTF'S ATTY.: _____   DEFT'S ATTY: _____

_____   _____

**PROCEEDING:**

      MOTION FOR DEFAULT JUDGMENT       ORDER TO SHOW CAUSE

      CONFIRMATION OF SALE       CONTEMPT OF COURT

      OTHER: _____

_____
_____
_____
_____
_____
_____
_____
_____

TOTAL COURT TIME: _____