IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONICA K. EVERSON,

                                                               MEMORANDUM

                Plaintiff,

                                                                 08-cv-618-bbc

     v.

CITY OF MADISON and
ROBERT D'ANGELO,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In the face of recent requests to view the depositions on file in this case and believing that, as a general rule, public records should be open to the public, I intend to unseal all of the depositions on file in this case. If the parties believe that any portions of such depositions should remain sealed, either because they are subject to the stipulation for protective order entered into by the parties on April 17, 2009 or otherwise, they are to notify the court no later than January 11, 2010, identifying with particularity any portion or portions they believe should remain sealed and the reasons for their belief. It is my tentative view at this point that the only valid reason for sealing in this case would be to protect non-parties from having potentially embarrassing or salacious material made

available to the public. If such material exists in the depositions, the parties should advise the court whether the individual can be protected by redaction of his or her name or whether other measures are necessary. For the present, the documents in this case will remain sealed, but they will be unsealed after January 11, 2010 except as to those portions that the parties can show would be damaging to non-parties or that should be kept sealed for other, equally meritorious reasons.

Entered this 31st day of December, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2